STATE of Missouri, Respondent,

v.

Jason E. MINKS, Appellant.

Jason E. MINKS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47556, WD 49345.

Missouri Court of Appeals,
Western District.

May 2, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 27, 1995.

Application to Transfer Denied
Sept. 19, 1995.

JOHN T. FINLEY, INC., d/b/a Rest
Haven Convalescent and Retirement
Home, Appellant,

v.

MISSOURI HEALTH FACILITIES
REVIEW COMMITTEE, et al.,
Respondents.

No. WD 50048.

Missouri Court of Appeals,
Western District.

May 9, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 27, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from jury conviction and recommended sentence of life imprisonment without probation or parole as well as appeal of denial of Rule 29.15 motion, pursuant to an evidentiary hearing.

Affirmed.   Rule 84.16(b).